AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America <br> v. <br> Erik Alejandro Ruiz <br> *Defendant(s)* | ) ) ) ) ) ) ) ) Case No. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 21, 2023** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 922(g)(o) | Unlawful possession of a machinegun |

This criminal complaint is based on these facts:

See Attached Sheet...

☑ Continued on the attached sheet.

/s/ Shaun Insley
*Complainant's signature*

Shaun Insley, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/24/2023

*Judge's signature*

City and state: Laredo, Texas     Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

On November 20, 2023, the Bureau of Alcohol, Tobacco, Firearms, and Explosives Laredo Field Office received a search warrant from the United States Magistrate Court on a residence located on the 2900 block of Laredo Street in Laredo, TX.  The residence was identified as Erik RUIZ's current residence.

Prior to obtaining the search warrants, ATF conducted multiple controlled purchase operations resulting in the purchase of six machineguns from RUIZ.  Four of the six machineguns were privately manufactured, AR-type, .308 caliber machineguns without serial numbers or industry markings.  The other two machineguns were two Glock, model 17, 9mm pistols.  Both pistols were equipped with Glock Switches, or Machinegun conversion devices (MGCD).  A MGCD is a device that readily converts a semi-automatic firearm into a machinegun capable of expelling more than one projectile with a single action of the trigger.

On November 21, 2023, ATF along with the Laredo Police Department and United States Border Patrol executed the search warrant on the residence on Laredo Street.  Law Enforcement conducted surveillance prior to the execution of the search warrant and observed RUIZ exit the residence.  RUIZ entered his vehicle, a grey Ford Fusion, and drove away from the residence.  Marked LPD units conducted a traffic stop on the Fusion, detained RUIZ, and transported RUIZ to the ATF Laredo Field Office for questioning.

During the search, law enforcement located a privately manufactured metallic machinegun conversion device, along with 4 firearms, approximately 1,000 rounds of assorted ammunition, 9 individually wrapped plastic baggies of suspected cocaine weighing approximately .65 grams per bag, and approximately 400 grams of suspected marijuana in the room RUIZ was staying in.  RUIZ's state issued identification card and high school diploma were located in the same room.

During the interview, RUIZ admitted to owning the items located in his bedroom, including the MGCD.  RUIZ stated he bought it on the street from a friend.  RUIZ also admitted to previously selling the six machineguns and described them as four .308 caliber machineguns and two Glocks with "switches".